Scott Griffith
Patrick T. Mulry
Griffith Davison, PC
13737 Noel Rd., Suite 850
Dallas, Texas 75240
(972) 392-8900 Telephone
(972) 392-8901 Facsimile

Attorneys for MYCON
General Contractors, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § | |
| **MACON, INC,** | § § | **CASE NO. 21-42178-mxm7** |
| **DEBTOR.** | § § § | **(Chapter 7)** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for MYCON General Contractors, Inc. ("**MYCON**") and, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, and 11 U.S.C. §§ 342(a) and 1109(b), requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, disclosure statements and plans of reorganization, or other documents filed or entered in this case be transmitted to:

Scott Griffith
Patrick T. Mulry
Griffith Davison, PC
13737 Noel Rd., Suite 850
Dallas, Texas 75240
(972) 392-8900 Telephone
(972) 392-8901 Facsimile
sgriffith@griffithdavison.com
pmulry@griffithdavison.com

PLEASE TAKE FURTHER NOTICE that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in this chapter 7 case.

PLEASE TAKE FURTHER NOTICE that neither this Request for Notice nor any subsequent appearances, pleadings, claims, proofs of claim, documents, suits, motions nor any other writings or conduct shall constitute a waiver of MYCON's:

A. right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

B. right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private right, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether or not such jury trial right is pursuant to statute or the United States Constitution;

C. right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

D. any and all other rights, claims, actions, defenses, setoffs, recoupments or other matters to which MYCON is rightly entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto MYCON without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

Dated: July 18, 2022

Respectfully submitted,

**GRIFFITH DAVISON, P.C.**

by: _____
Patrick T. Mulry
State Bar No. 90001642
pmulry@griffithdavison.com
Scott Griffith
State Bar No. 08482150
sgriffith@griffithdavison.com

13737 Noel Road, Suite 850
Dallas, Texas 75240
T: 972-392-8900
F: 972-392-8901

**ATTORNEYS FOR MYCON GENERAL CONTRACTORS, INC.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served electronically upon all counsel and parties of record through the bankruptcy court's electronic case filing system on July 18, 2022.

_____
Patrick T. Mulry