## ASSIGNMENT OF CLAIM AGREEMENT

| Assignor: | Assignee: | |
|---|---|---|
| Behrooz Vida, Chapter 7 Trustee for Macon, Inc. | Pioneer Funding Group III, LLC | **Purchase Price:** $20,000.00 |
| The Vida Law Firm PLLC | 232 W 116th Street | Claim Number:    8 |
| 3000 Central Drive | P.O. Box 1735 | |
| Bedford, TX 76021 | New York, NY 10026 | |

Assignment of Claim. Behrooz Vida, Chapter 7 Trustee for Macon, Inc., Case No. 21-42178 ("Assignor"), for good and valuable consideration in the amount of $20,000.00 (the "Purchase Price"), does hereby absolutely and unconditionally sell, assign and transfer to Pioneer Funding Group III, LLC ("Assignee", and together with Assignor, the "Parties"), all of Assignor's rights, title, interests, claims and causes of action in and Claim Number 8 (the "Claim") against Matthews Steel LLC (the "Debtor"), in Chapter 7 liquidation proceedings in the United States Bankruptcy Court for the Northern District of Texas (the "Court"), Case No. 22-41537 (the "Proceedings"). This Assignment of Claim Agreement (the "Agreement") shall be deemed an absolute and unconditional assignment of the Claim for the purpose of collection and shall not be deemed to create a security interest.

Assignor and Assignee Representations. Assignor represents that (i) it has the requisite power and authority to execute, deliver and perform this Agreement, and (ii) Assignor is the sole owner and has good title to the Claim. Assignee represents that it is buying the Claim 'as is, where is' without recourse to the Assignor; Assignor makes no representation as to the validity or amount of the Claim against the Debtor.  The Parties are aware the distribution ultimately received may differ from the consideration paid herein and each has entered into this Agreement based on their own independent credit determination and due diligence without relying on any representations from the other Party.

Distributions Received by Assignor. In the event Assignor receives any payments or distributions with respect to the Claim after the date hereof, Assignor agrees to accept the same as Assignee's agent and to promptly deliver the same to Assignee in the same form received.

Limited Power of Attorney. Assignor hereby irrevocably appoints Assignee as its true and lawful attorney solely with respect to actions relating to the Claim.

Governing Law, Personal Jurisdiction and Service of Process. This Agreement shall be construed and the obligations of the Parties hereunder shall be determined in accordance with the laws of the State of Texas.

Execution of Agreement. This Agreement shall become effective and valid when (a) Assignor executes this Agreement and it is received by Assignee, (b) the Agreement is executed by a proper representative of Assignee, and (c) Assignee remits the Purchase Price to Assignor.

Consent and Waiver. Assignor authorizes Assignee to file an evidence of transfer pursuant to Rule 3001 with the Court as evidence of the assignment of Claim. Assignor hereby acknowledges and consents to all of the terms set forth in this Agreement and hereby waives (a) its right to raise any objections hereto and (b) its right to receive notice pursuant to Rule 3001 of the Rules of Bankruptcy Procedure.

Miscellaneous. This Agreement (a) may not be modified, waived or discharged, in whole or in part, except by an agreement in writing signed by the Parties; (b) constitutes the entire agreement and understanding between the Parties hereto with respect to the subject matter hereof; and (c) supersedes all prior agreements, understandings and representations pertaining to the subject matter hereof, whether oral or written. This Agreement may be executed in counterparts and by telecopy, or other commonly acceptable form of electronic transmission, each of which shall be deemed an original and all of which taken together shall be deemed to constitute a single agreement.

IN WITNESS WHEREOF, the undersigned hereunto set its hand this: ____ day of February, 2026.

**Behrooz Vida ("Assignor")**                                              **Pioneer Funding Group III, LLC ("Assignee")**

By _____          _____
   Signature                                                                         Signature

   Behrooz Vida, Ch 7 Truste for Macon, Inc., Case 21-42178        Adam D. Stein-Sapir – Manager
   Print Name and Title                                                           Print Name and Title

# EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court ("Court")
     Northern District of Texas
     Attn: Court Clerk

AND TO:  Matthews Steel LLC (Case No. 22-41537)

Claim # 8

Behrooz Vida, Chapter 7 Trustee for Macon, Inc., Case No. 21-42178 ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Pioneer Funding Group III, LLC
232 W. 116th St.
P.O. Box 1735
New York, NY 10026

its successors, assigns or designees ("Assignee"), pursuant to the terms of an Assignment of Claim Agreement between Assignor and Assignee, all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with Claim Number 8 (the "Claim") against Matthews Steel LLC (the "Debtor"), in Chapter 7 liquidation proceedings in the U.S. Bankruptcy Court for the Northern District of Texas (the "Court"), Case No. 22-41537.

The Court, Trustee, and all other interested parties are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Assignor transferring to Assignee the foregoing Claim and recognizing the Assignee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on this: _____ day of February, 2026.

| BEHROOZ VIDA | PIONEER FUNDING GROUP III, LLC |
|---|---|
| _____ | _____ |
| (Signature) | (Signature) |
| _Behrooz Vida_____ | _Adam D. Stein-Sapir_____ |
| (Print Name) | (Print Name) |
| _Chapter 7 Trustee for Macon, Inc. Case 21-42178_ | _Manager_____ |
| (Title) | (Title) |