**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In Re: | § § § | Case No. 21-42178-mxm7 |
| MACON, INC., | § § | |
| | § | Hearing Date: March 12, 2026 |
| Debtor. | § § | Hearing Time: 1:30 P.M. |

**ORDER GRANTING TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE**
**(CLAIM NO. 8 IN MATTHEWS STEEL CASE)**

Upon the Motion of Behrooz P. Vida, Chapter 7 Trustee ("Trustee") for the bankruptcy estate ("Estate") of the captioned debtor (the "Debtor"), requesting the entry of an order approving the sale of a certain asset of the Debtor's Estate (Proof of Claim No. 8 in the Matthews Steel Case, the "Claim") to Pioneer Funding Group III, LLC ("PFG") free and clear of liens, claims, interests and encumbrances pursuant to 11 U.S.C. § 363 and Federal Rules of Bankruptcy Procedure 2002 and 6004, and related relief (the "Motion")[1]; and the Court having jurisdiction to consider the Motion and requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper

notice of the Motion having been provided; and it appearing that no other notice need be provided, and that further notice has been waived; and the Court having read and considered the Motion; and any objections to the Motion having been resolved, withdrawn, or otherwise overruled by the Court; and the Court having determined that the Bidding Procedures are fair, reasonable and appropriate, reflect the Trustee's exercise of prudent business judgment consistent with the Trustee's fiduciary duties, and are designed to maximize the value to be obtained by the Estate for the Claim; and the Court having determined that the legal and factual bases set forth in the Motion and at any hearing thereon establish just and sufficient cause for the relief granted herein; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The relief sought in the Motion is GRANTED in its entirety;

2. The Agreement and all of its terms and conditions are approved in their entirety;

3. The Bidding Procedures are approved in their entirety;

4. The Agreement and the Bidding Procedures are fair and reasonable;

5. Pursuant to 11 U.S.C. § 363(b), the Trustee is authorized to sell the Claim to PFG for the Purchase Price as provided in the Motion;

6. Pursuant to 11 U.S.C. § 363(f), the sale and assignment of the Claim to PFG ("Sale") shall be free and clear of any and all liens, claims, interests, and encumbrances, with such liens, claims, interests, and encumbrances to attach to the proceeds of the Sale with the same force, effect, and priority as such liens, claims, interests and encumbrances have on the Estate's right to the Claim, as appropriate, subject to the rights and defenses of the Trustee and any party in interest with respect thereto;

---

[1] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

**Order Granting Trustee's Motion to Sell Property of the Estate (Claim No. 8 in Matthews Steel Case)**     Page 2 of 3

7. The Trustee and the Trustee's professionals are authorized to take such actions as are necessary to effectuate the terms of the Agreement, together with all additional instruments and documents that may be reasonably necessary to implement the Agreement;

8. PFG is granted the protections provided to a good faith purchaser under 11 U.S.C. § 363(m);

9. The transfer and assignment of the Claim to PFG pursuant to the Agreement constitutes a legal, valid, and effective transfer of all right, title and interest of the Trustee and the Debtor's Estate in the Claim, and shall vest PFG with all of the Trustee's and the Debtor's Estate's right, title and interest in the Claim and proceeds thereof, subject to the terms of the Agreement and applicable bankruptcy rules;

10. The fourteen-day stay under Bankruptcy Rule 6004(h) is waived; and

11. This Court reserves jurisdiction over the provisions of this Order and to hear and determine all matters arising from the implementation of this Order.

### ### END OF ORDER ###

Order submitted by:

Michael W. Sebesta
Texas Bar No. 24033171
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Phone: (214) 573-7300
Email: msebesta@chfirm.com

Attorneys for Behrooz P. Vida, Chapter 7 Trustee