Michael W. Sebesta
State Bar No. 24033171
CAVAZOS HENDRICKS POIROT, P.C.
Suite 570, Founders Square
900 Jackson Street
Dallas, TX 75202
Direct Dial: (214) 573-7306
Email: msebesta@chfirm.com

Attorneys for Behrooz P. Vida, Chapter 7 Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| _____ § | | |
| In Re: § | | Case No.  21-42178-mxm7 |
| § | | |
| MACON, INC., § | | |
| § | | Hearing Date: March 12, 2026 |
| Debtor. § | | Hearing Time: 1:30 P.M. |
| _____ § | | |

## NOTICE OF HEARING

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing on the *Trustee's Motion to Sell Property of the Estate (Claim No. 8 in Matthews Steel Case)* [Docket No. 71] in the above referenced case will be held before the Honorable Mark X. Mullin on **Thursday, March 12, 2026 at 1:30 P.M.** in Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas **or** via WebEx videoconference.

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/mullin

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

**The WebEx instructions may be accessed here:**
https://www.txnb.uscourts.gov/sites/txnb/files/hearings/WebEx%20Instructions%20for%20Judge%20Mullin%20-%20revised%2003292022_0.pdf

Parties are requested to review the instructions prior to the hearing.

Dated: February 19, 2026.

          Respectfully submitted,

          */s/ Michael W. Sebesta*
          Michael W. Sebesta
          State Bar No. 24033171
          CAVAZOS HENDRICKS POIROT, P.C.
          Suite 570, Founders Square
          900 Jackson Street
          Dallas, TX 75202
          Direct Dial: (214) 573- 7306
          Email: msebesta@chfirm.com

          Attorneys for Behrooz P. Vida, Chapter 7 Trustee